**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6628**

_____

WILLIAM A. WHITE,

        Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:23-cv-01614-GLR)

_____

Submitted:  July 24, 2025                                    Decided:  July 28, 2025

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William A. White, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. White appeals the district court's order dismissing his civil action filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *White v. United States*, No. 1:23-cv-01614-GLR (D. Md. May 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*